**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

SERGIO ESTEBAN DOMINGUEZ
CRUZ

           Petitioner,

Case No. 2:26-cv-11424

Hon. F. Kay Behm (presiding),
David R. Grand (referral)

KEVIN RAYCRAFT, et al.,

           Respondents.

## STIPULATED ORDER REQUIRING RESPONSE

On April 29, 2026 Sergio Esteban DOMINGUEZ CRUZ filed a petition for a writ of habeas corpus challenging his detention by Respondents. ECF No. 1, PageID.1. For good cause, the Court may set a deadline for the Respondents to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondents shall respond to the petition for a writ of habeas corpus no later than May 15, 2026.

2. If Petitioners choose to file a reply, Petitioners must do so no later than three business days after Respondents file their response.

3. Petitioners have sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

IT IS SO ORDERED.

Date: May 1, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated and agreed to by:

Jerome F. Gorgon Jr.
United States Attorney

*/s/Maria E. Daniel (P78531)*
Maria Eugenia Daniel (P78531)
*Carrera Law Offices PLLC*
30555 Southfield Rd Suite 520
Southfield, MI 48076
(248) 924-3176

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Counsel for Petitioner*

Dated: May 01, 2026

*Counsel for Respondents*
Date: May 01, 2026