UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sergio Esteban DOMINGUEZ
CRUZ,

      Petitioner,

v.

KEVIN RAYCRAFT, *et. al.*,

      Respondents.

_____ /

Case No. 26-11424

Hon. F. Kay Behm
United States District Judge

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the

Court's Opinion and Order granting the Petition for a Writ of Habeas

Corpus, this case is closed.[1]  This is a final order and closes the case.

**SO ORDERED**.

Date: June 1, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

---

[1] At issue in this case was only whether Petitioner would receive a bond hearing, not a guarantee of a particular result.  Nonetheless, detainees who have received a bond hearing but were denied bond have challenged those determinations in a second habeas action by arguing that "[d]ue process requires that, to deny bond, the government must show by clear and convincing evidence that Petitioner is a flight risk or danger to the community."  *See, e.g., Soto-Medina v. Lynch*, 817 F. Supp. 3d 612, 629 (W.D. Mich. 2026).

1